1  Angela L. Hamm, Esq.  (IN #21662-29)
     *(admitted Pro Hac Vice)*
2  Schuckit & Associates, P.C.
   4545 Northwestern Drive
3  Zionsville, IN  46077
   Telephone:  317-363-2400
4  Fax:  317-363-2257
   E-Mail:  ahamm@schuckitlaw.com
5
   *Lead Counsel for Defendant Trans Union, LLC*
6

7  Michael W. Bien, Esq. (CSB #96891)
   Sumana Cooppan, Esq. (CSB # 267967)
8  Rosen, Bien & Galvan, LLP
   315 Montgomery Street, Tenth Floor
9  San Francisco, CA  94104
   Telephone:  415-433-6830
10 Fax:  415-433-7104
   E-Mail:  mbien@rbg-law.com
11          scooppan@rbg-law.com

12 *Local Counsel for Defendant Trans Union, LLC*

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISO DIVISION**

| | |
|---|---|
| ANNA STOWE, an individual,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; EQUIFAX<br>INFORMATION SERVICES, L.L.C.; LA<br>CURACAO; and TOPAZ FINANCIAL SERVICE;<br>　　　　Defendants. | CASE NO. 3:11-cv-02428-TEH<br><br>**STIPULATION AND**<br>**[PROPOSED] ORDER OF**<br>**DISMISSAL WITH PREJUDICE**<br>**BETWEEN PLAINTIFF AND**<br>**DEFENDANT TRANS UNION,**<br>**LLC** |

    Plaintiff Anna Stowe, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: January 4, 2012          /s/ Rizza D. Gonzales (with consent)
Edward O. Lear, Esq.  (132699)
Rizza D. Gonzales, Esq.  (268118)
Century Law Group, LLP
5200 West Century Boulevard, Suite 345
Los Angeles, CA  90045
Telephone:  310-642-6900
Fax:  310-642-6910
E-Mail:  lear@centurylawgroup.com
         woodford@centurylawgroup.com

*Counsel for Anna Stowe*

Date: January 4, 2012          /s/ Angela L. Hamm
Angela L. Hamm, Esq.  (IN #21662-29)
   (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  ahamm@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB # 267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
          scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Anna Stowe and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 01/05/2012  _____

JUDGE, United States District Court, Northern District of California

*Judge Thelton E. Henderson*

DISTRIBUTION TO:

| | |
|---|---|
| Edward O. Lear, Esq.<br>lear@centurylawgroup.com<br>Rizza Gonzales, Esq.<br>gonzales@centurylawgroup.com | Katherine Anne Klimkowski, Esq.<br>kaklimkowski@jonesday.com |
| Thomas P. Quinn, Esq.<br>tquinn@nokesquinn.com<br>Lewis Perling, Esq.<br>lperling@kslaw.com | Scott Douglas Pinsky, Esq.<br>spinsky@earthlink.net |
| Michael W. Bien, Esq.<br>mbien@rbg-law.com<br>Sumana Cooppan, Esq.<br>scooppan@rbg-law.com | Angela L. Hamm, Esq.<br>ahamm@schuckitlaw.com |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:11-CV-02428-TEH**
Page 3 of 3