| | |
|---|---|
| 1 | Katherine A. Klimkowski (SBN 263099) |
| 2 | kaklimkowski@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA 92612<br>Telephone: (949) 851-3939 |
| 5 | Facsimile: (949) 553-7539 |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION |
| 7 | SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNA STOWE, an individual, | Case No. CV11-02428 TEH |
| Plaintiff, | **EXPERIAN INFORMATION SOLUTIONS, INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, L.L.C.; LA CURACAO; and TOPAZ FINANCIAL SERVICE, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Anna Stowe ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side shall bear her or its own attorneys' fees and costs incurred herein.

IT IS SO STIPULATED.

IRI-32498v1

1  Dated:  January 18, 2012                JONES DAY

2

3                                          By:  /s/ Katherine A. Klimkowski
                                                Katherine A. Klimkowski
4

5                                          Counsel for Defendant
                                           EXPERIAN INFORMATION SOLUTIONS,
6                                          INC.

7  Dated:  January 18, 2012                CENTURY LAW GROUP LLP

8

9                                          By:  /s/ Rizza Gonzales
                                                Rizza Gonzales
10

11                                         Counsel for Plaintiff
                                           ANNA STOWE
12

13  IT IS SO ORDERED.

14

15  Dated: __January 18__, 2012            _____

16                                         HON. THELTON HENDERSON

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On **January 18, 2012**, I served a copy of the **EXPERIAN INFORMATION SOLUTIONS, INC.'S STIPULATION FOR DISMISSAL WITH PREJUDICE** by electronic transmission.

I am familiar with the United States District Court Northern District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

Executed on **January 18,2012**, at Irvine, California.

　　　　　　　　　　　　　　　　　　*/s/ Katherine A. Klimkowski*
　　　　　　　　　　　　　　　　　　Katherine A. Klimkowski

IRI-32498v1