1 | EDWARD O. LEAR (SBN 132699)
lear@centurylawgroup.com
2 | RIZZA GONZALES (SBN 268118)
gonzales@centurylawgroup.com
3 | CENTURY LAW GROUP LLP
5200 W. Century Blvd., Suite 345
4 | Los Angeles, CA 90045
Telephone: 310.642.6900
5 | Facsimile: 310.642.6910

Attorneys for Plaintiff
Anna Stowe

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ANNA STOWE, an individual, | ) CASE NO. 5:11-cv-02428-TEH |
| Plaintiffs, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | ) |
| TRANSUNION, LLC; EQUIFAX | ) |
| INFORMATION SERVICES, L.L.C.; LA | ) |
| CURACAO; and TOPAZ FINANCIAL SERVICE; | ) |
| Defendants. | ) |

ANNA STOWE (Plaintiff), by her attorney, CENTURY LAW GROUP LLP, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, TOPAZ FINANCIAL SERVICE (Defendant), in this case.

Date: January 31, 2012                    RESPECTFULLY SUBMITTED,

                                          By:  /s/ Rizza Gonzales
                                          Edward O. Lear
                                          Rizza Gonzales
                                          Attorney for Plaintiff
                                          Anna Stowe



02/01/2012
IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF VOLUNTARY DISMISSAL