1    EDWARD O. LEAR (SBN 132699)
lear@centurylawgroup.com
2    RIZZA GONZALES (SBN 268118)
gonzales@centurylawgroup.com
3    CENTURY LAW GROUP LLP
5200 W. Century Blvd., Suite 345
4    Los Angeles, CA  90045
Telephone:    310.642.6900
5    Facsimile:    310.642.6910

6

7    Attorneys for Plaintiff
Anna Stowe

8

9    **UNITED STATES DISTRICT COURT**

10    **NORTHERN DISTRICT OF CALIFORNIA**

11    **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| ANNA STOWE, an individual,<br>           Plaintiffs, | )   CASE NO. 5:11-cv-02428-TEH |
|      vs. | )<br>)<br>)   **NOTICE OF VOLUNTARY** |
| EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; EQUIFAX<br>INFORMATION SERVICES, L.L.C.; LA<br>CURACAO; and TOPAZ FINANCIAL SERVICE;<br>        Defendants. | )   **DISMISSAL**<br>)<br>)<br>)<br>)<br>) |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   ANNA STOWE (Plaintiff), by her attorney, CENTURY LAW GROUP LLP, and

2   pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff

3   Without Court Order) voluntarily dismisses, without prejudice, TOPAZ FINANCIAL SERVICE

4   (Defendant), in this case.

5

6

7

8   Date:   January 31, 2012                    RESPECTFULLY SUBMITTED,

9

10                                              By:___/s/ Rizza Gonzales___
                                                Edward O. Lear
11                                              Rizza Gonzales
                                                Attorney for Plaintiff
12                                              Anna Stowe

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



NOTICE OF VOLUNTARY DISMISSAL