THOMAS P. QUINN (State Bar No. 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

LEWIS P. PERLING (Admitted *Pro Hac Vice*)
KING & SPALDING, LLP
1180 PEACHTREE STREET
ATLANTA, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: lperling@kslaw.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA STOWE, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION LLC; EQUIFAX INFORMATION SERVICES, LLC; LA CURACAO and TOPAZ FINANCIAL SERVICES, <br><br> Defendants. | Case No: CV-11-02428 TEH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff against Defendant Equifax Information Services LLC ("Equifax") are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal herein and to make all such orders and

- 1 -
STIPULATION OF DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

judgments which may be necessary and proper to dismiss the above-titled action against Equifax with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 19th Day of March, 2012.

CENTURY LAW GROUP LLP

By: _____
Rizza Gonzales, Esq.
Attorneys for Plaintiff


KING & SPALDING LLP

By: _____
Lewis P. Perling, Esq.
Attorneys for Equifax

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 2 -
STIPULATION OF DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

## ORDER OF DISMISSAL

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff ANNA STOWE against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

DATED: 03/20/2012

_____
JUDGE,
UNITED STATES DISTRICT COURT

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 -
STIPULATION OF DISMISSAL OF DEFENDANT
EQUIFAX INFORMATION SERVICES LLC