**CENTURY LAW GROUP LLP**
Edward O. Lear, State Bar No. 132699
lear@centurylawgroup.com
Daniel Woodford, State Bar No. 241086
woodford@centurylawgroup.com
Rizza Gonzales, State Bar No. 268118
gonzales@centurylawgroup.com
5200 W. Century Boulevard, Suite 345
Los Angeles, California 90045
Telephone: (310) 642-6900
Facsimile: (310) 642-6910

Attorneys for Plaintiff
Anna Stowe

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA STOWE, an individual,<br>  Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; EQUIFAX INFORMATION SERVICES, L.L.C.; LA CURACAO; and TOPAZ FINANCIAL SERVICE;<br>  Defendants. | CASE NO. 3:11-cv-02428-TEH<br><br>**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date: March 26, 2012**<br>**Time: 1:30 p.m.**<br>**Ctrm: 12**<br><br>**Honorable Judge Thelton E. Henderson**<br><br>IT IS SO ORDERED AS MODIFIED |

# [~~PROPOSED~~] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that the Case Management Conference currently scheduled for March 26, 2012, at 1:30 p.m. in Courtroom 12 is now continued to April 30, 2012, at 1:30 p.m. in Courtroom 12, 19th Floor. The parties shall file a joint case management statement on or before April 23, 2012.

IT IS SO ORDERED.



03/20/2012

_____
Hon. T
United
United States  Judge Thelton E. Henderson  n District of
California