1  **CENTURY LAW GROUP LLP**
   Edward O. Lear, State Bar No. 132699
2  lear@centurylawgroup.com
   Daniel Woodford, State Bar No. 241086
3  woodford@centurylawgroup.com
   Rizza Gonzales, State Bar No. 268118
4  gonzales@centurylawgroup.com
5  5200 W. Century Boulevard, Suite 345
   Los Angeles, California 90045
6  Telephone: (310) 642-6900
7  Facsimile: (310) 642-6910

8  Attorneys for Plaintiff
   Anna Stowe
9

10                  **UNITED STATES DISTRICT COURT**
11                  **NORTHERN DISTRICT OF CALIFORNIA**
12                      **SAN FRANCISCO DIVISION**
13

14 | ANNA STOWE, an individual,                        ) | CASE NO. 3:11-cv-02428-TEH
                   Plaintiffs,                         )
15                                                     ) | **[~~PROPOSED~~] ORDER**
         vs.                                           ) | **CONTINUING CASE**
16                                                     ) | **MANAGEMENT CONFERENCE**
   EXPERIAN INFORMATION SOLUTIONS, INC.;               )
17 TRANSUNION, LLC; EQUIFAX                            ) | Date:  March 26, 2012
   INFORMATION SERVICES, L.L.C.; LA                    ) | Time:  1:30 p.m.
18 CURACAO; and TOPAZ FINANCIAL SERVICE;               ) | Ctrm:  12
                   Defendants.                         )
19                                                     )
                                                       ) | **Honorable Judge Thelton E.**
20                                                     ) | **Henderson**
                                                       )
21                                                     ) | IT IS SO ORDERED AS MODIFIED
                                                       )

---

1
**[PROPOSED] ORDER**

**[~~PROPOSED~~] ORDER**

Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that the Case Management Conference currently scheduled for March 26, 2012, at 1:30 p.m. in Courtroom 12 is now continued to April 30, 2012, at 1:30 p.m. in Courtroom 12, 19th Floor. The parties shall file a joint case management statement on or before April 23, 2012.

IT IS SO ORDERED.



03/20/2012

IT IS SO ORDERED

Judge Thelton E. Henderson

_____
Hon. T
United
United                                  District of
Californ

2

**[PROPOSED] ORDER**