1 EDWARD O. LEAR (SBN 132699)
lear@centurylawgroup.com
2 RIZZA GONZALES (SBN 268118)
gonzales@centurylawgroup.com
3 CENTURY LAW GROUP LLP
5200 W. Century Blvd., Suite 345
4 Los Angeles, CA 90045
Telephone: 310.642.6900
5 Facsimile: 310.642.6910

7 Attorneys for Plaintiff
Anna Stowe

**United States District Court**
**DENIED**
**Judge Thelton E. Henderson**
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNA STOWE, an individual,<br>Plaintiffs,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br>TRANSUNION, LLC; EQUIFAX<br>INFORMATION SERVICES, L.L.C.; LA<br>CURACAO; and TOPAZ FINANCIAL SERVICE;<br>Defendants. | CASE NO. 5:11-cv-02428-TEH<br><br>**CASE MANAGEMENT<br>CONFERENCE STATEMENT<br>AND REQUEST FOR<br>CONTINUANCE; [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>Date: April 30, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 2 |

**CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

PLAINTIFF ANNA STOWE hereby presents her Case Management Conference Statement and Request for Continuance of the Case Management Conference.

Plaintiff Anna Stowe and Defendant La Curacao (collectively, "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The Court previously granted the Parties an additional thirty (30) days to file a Stipulation for Dismissal of Plaintiff's claims asserted against Defendant La Curacao prior to the Case Management Conference currently scheduled for April 30, 2012.

The Parties have not been able to finalize the settlement between them as of the date of this notice. Plaintiff has executed and returned the settlement agreement to Defendant. Plaintiff and her counsel are unaware if Defendant has executed the settlement agreement. Plaintiff has been advised that Defendant's counsel will be out of the office from April 24, 2012, until May 11, 2012.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed by May 18, 2012, at which time the Parties shall file a Stipulation for Dismissal of the claims asserted against Defendant La Curacao.

Given that the Parties have reached an agreement on all material terms required to settle Plaintiff's claims against La Curacao, Plaintiff requests that the Case Management Conference currently scheduled for April 30, 2012, at 1:30 p.m., in Courtroom 2, be continued to May 21, 2012, to allow the Parties to finalize and file a Stipulation for Dismissal.

Date: April 24, 2012             **CENTURY LAW GROUP LLP**

By: /s/ Rizza Gonzales
Edward O. Lear
Rizza Gonzales
Attorney for Plaintiff
Anna Stowe

# [PROPOSED] ORDER

Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that the Case Management Conference currently scheduled for April 28, 2012, at 1:30 p.m. in Courtroom 2 is now continued to May 21, 2012, at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.



04/25/2012

DENIED

Hon.
United
Judge Thelton E. Henderson
United States District Judge
Northern District of California