1  EDWARD O. LEAR (SBN 132699)
   lear@centurylawgroup.com
2  RIZZA GONZALES (SBN 268118)
   gonzales@centurylawgroup.com
3  CENTURY LAW GROUP LLP
   5200 W. Century Blvd., Suite 345
4  Los Angeles, CA  90045
   Telephone:    310.642.6900
5  Facsimile:     310.642.6910

6

7  Attorneys for Plaintiff
   Anna Stowe
8

**DENIED**
Judge Thelton E. Henderson
United States District Court
Northern District of California

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  ANNA STOWE, an individual,            )  CASE NO. 5:11-cv-02428-TEH
                 Plaintiffs,              )
14                                        )
         vs.                              )  **CASE MANAGEMENT**
15                                        )  **CONFERENCE STATEMENT**
    EXPERIAN INFORMATION SOLUTIONS, INC.; )  **AND REQUEST FOR**
16  TRANSUNION, LLC; EQUIFAX              )  **CONTINUANCE; [PROPOSED]**
    INFORMATION SERVICES, L.L.C.; LA      )  **ORDER TO CONTINUE CASE**
17  CURACAO; and TOPAZ FINANCIAL SERVICE; )  **MANAGEMENT CONFERENCE**
                 Defendants.              )
18                                        )  Date: April 30, 2012
                                          )  Time: 1:30 p.m.
19                                        )  Place: Courtroom 2
                                          )
20

21

22

23

24

25

26

27

28

**CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE AND [PROPOSED]
ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

PLAINTIFF ANNA STOWE hereby presents her Case Management Conference Statement and Request for Continuance of the Case Management Conference.

Plaintiff Anna Stowe and Defendant La Curacao (collectively, "Parties") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The Court previously granted the Parties an additional thirty (30) days to file a Stipulation for Dismissal of Plaintiff's claims asserted against Defendant La Curacao prior to the Case Management Conference currently scheduled for April 30, 2012.

The Parties have not been able to finalize the settlement between them as of the date of this notice. Plaintiff has executed and returned the settlement agreement to Defendant. Plaintiff and her counsel are unaware if Defendant has executed the settlement agreement. Plaintiff has been advised that Defendant's counsel will be out of the office from April 24, 2012, until May 11, 2012.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed by May 18, 2012, at which time the Parties shall file a Stipulation for Dismissal of the claims asserted against Defendant La Curacao.

Given that the Parties have reached an agreement on all material terms required to settle Plaintiff's claims against La Curacao, Plaintiff requests that the Case Management Conference currently scheduled for April 30, 2012, at 1:30 p.m., in Courtroom 2, be continued to May 21, 2012, to allow the Parties to finalize and file a Stipulation for Dismissal.

Date:   April 24, 2012                           **CENTURY LAW GROUP LLP**

                                                  By:____/s/ Rizza Gonzales____
                                                  Edward O. Lear
                                                  Rizza Gonzales
                                                  Attorney for Plaintiff
                                                  Anna Stowe

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based upon the foregoing stipulation and good cause appearing, the Court ORDERS that |
| 3 | the Case Management Conference currently scheduled for April 28, 2012, at 1:30 p.m. in |
| 4 | |
| 5 | Courtroom 2 is now continued to May 21, 2012, at 1:30 p.m. in Courtroom 2. |
| 6 | IT IS SO ORDERED. |



04/25/2012

DENIED

Hon. *[signature: Thelton Henderson]*
United
Judge Thelton E. Henderson
District of
Cali[fornia]

CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE