EDWARD O. LEAR, State Bar No. 132699
lear@centurylawgroup.com
RIZZA D. GONZALES, State Bar No. 268118
gonzales@centurylawgroup.com
**CENTURY LAW GROUP LLP**
5200 W. Century Blvd. #345
Los Angeles, CA 90045
Phone (310) 642-6900
Fax (310) 642-6910

Attorney for Plaintiff
ANNA STOWE

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA STOWE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION; EQUIFAX INFORMATION SERVICES, L.L.C.; LA CURACAO; and TOPAZ FINANCIAL SERVICE<br><br>Defendants. | Case No.: CV-11-02428 TEH<br><br>Hon: Thelton E. Henderson<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT LA CURACAO** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Anna Stowe and Defendant La Curacao that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

///

///

///

///

DATED: January 24, 2012

**CENTURY LAW GROUP LLP**

By: */s/Rizza Gonzales*
Edward O. Lear
Rizza Gonzales
Attorneys for Plaintiff
ANNA STOWE

DATED: January 24, 2012

**LAW OFFICES OF SCOTT D. PINSKY**

By: */s/Scott D. Pinsky*
Scott D. Pinsky
Attorneys for Defendant
LA CURACAO

**IT IS SO ORDERED.**

DATED: 04/30/2012

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Thelton E. Henderson